**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON V. SANTIBANEZ, | ) NO. CV 07-00612-GAF (MAN) |
|         Petitioner, | ) |
|   v. | ) JUDGMENT |
| JOHN C. MARSHALL, WARDEN, | ) |
|         Respondent. | ) |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 30, 2009

/s/ Gary Feess

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE